■ PETER JENNINGS, Respondent, v CHASE HOME FINANCE, LLC, et al., Appellants, et al., Defendants. (And a Third-Party Action.) [993 NYS2d 506]—Order, Supreme Court, Bronx County (John A. Barone, J.), entered February 27, 2014, which, insofar as appealed from as limited by the briefs, denied defendants/third-party plaintiffs' motion for summary judgment declaring, upon the first cause of action in the third-party complaint, that they are entitled to indemnification by third-party defendant Maryrose Mlayi for any sums they owe to plaintiff, unanimously affirmed, with costs.

Mlayi has not answered the third-party complaint, and indeed

there has been no showing that she was properly served with it. Hence, issue has not been joined, and the motion for summary judgment as against her must be denied (CPLR 3212 [a]; *Republic Natl. Bank of N.Y. v Luis Winston, Inc.*, 107 AD2d 581, 582 [1st Dept 1985]). Concur—Tom, J.P., Sweeny, Renwick, Andrias and Clark, JJ.